AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

United States of America                     )
v.                                           )
                                             )   Case No. 3:21-cv-1102- BJD- JRK
                                             )
                                             )
J Pay LLC                                    )
_____                )
          *Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/10/20_____ in the county of _____Baker_____ in the
_Middle_ District of _Florida_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| title 15 u.s.c. 52 (a) | Dissemination of false advertising |

This criminal complaint is based on these facts: Defendant JPay LLC. was presented with an Affidavit of Notice and Demand stating the facts that they had committed the offense of title 15 u.s.c. 52 (a) Dissemination of false advertising. The defendant was given 10 days to respond plus 3 days for mailing. The defendant failed to respond to Affiants Affidavit of Notice and Demand. Affiant then sent defendant JPay LLC. an Affidavit of Opportunity to cure and contest with 10 days to respond plus 3 days for mailing. The defendant failed to respond to Affidavit of Opportunity to cure and contest. Affiant then sent an Affidavit of Default to defendant and had Affidavit of Default certified by Notary with a certificate of Non-response. The defendant has agreed, through their silence, that Affiant can secure damages via Civil suit or Commercial Lien.

☒ Continued on the attached sheet.

_____
          *Complainant's signature*

Mr. Anthony C. Patterson
          *Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
          *Judge's signature*

City and state: _____

_____
          *Printed name and title*



Certified Mail Number 7021 0350 0001 5701 8211

From: Anthony Charles Patterson  V30120
RFD/in care of: 20706 US Hwy 90 W.
Sanderson territory, Florida Republic
                          [32087]

To: J Pay LLC
  Attn: Errol Feldman (CEO)
  10981 Marks Way
  Miramar, FL [33025]



Anthony Patterson
V30120
is an inmate at the
Baker Correctional
Institution Work Camp.
Thank you,

**Lorna A. Patterson**
887 Stocks St.
Atlantic Beach, FL 32233-2563

August 9, 2021

# AFFIDAVIT OF NOTICE OF DEFAULT

State of Florida     )
                     ) ss
Baker county         )

## NOTICE TO AGENT IS NOTICE TO PRINCIPLE;
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**"Indeed no more than (affidavits) is necessary to make the prime facie case."**
United States v. Kis, 658 F.2nd , 526, 536 (7th Cir. 1981); Cert Denied, 50 U.S. L.W. 2169; S.
Ct. March 22, 1982

I, Anthony Patterson, herein 'Affiant," a living breathing man, being first duly sworn, depose, say and declare by my
signature that the following facts are true, correct and complete to the best of my knowledge and belief.

1. THAT, Affiant is competent to state the matters included in his declaration, has knowledge of the facts, and declared that to the best of his knowledge, the statements made in his affidavit are true, correct, and not meant to mislead;

2. THAT, Respondent, Errol Feldman, is herein addressed in his private capacity and in his public capacity as CEO of J Pay LLC. participating in a commercial enterprise with his co-business partners (or employees), including but not limited to the State of Florida, a corporation and hereinafter collectively referred to as " Respondent";

3. THAT, the governing law of this contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law established by silence, acquiescence and tacit agreement;

4. THAT, on or about July 9, 2021, Affiant sent an Affidavit of Notice and Demand giving Respondent ten (10) days to respond, requesting Respondent to rebut said affidavit point for point. Affiant received no response.

5. THAT, on or about July 23, 2021, Affiant sent a Notice of Fault and Opportunity to Cure and Contest giving Respondent ten (10) days to respond as a good will and gesture, however Affiant received no response.

6. THAT, Respondent had 10 days to respond with proof of claim, point for point, however elected to remain silent or otherwise refused to provide said proof of claim(s) and therefore has failed to state a claim upon which relief can be granted and has agreed and stipulated to the facts and agreed that J Pay LLC. has in fact violated title 15 USC § 54 section 52(a) Dissemination of False Advertisement and has caused the undersigned damage in the process.

7. THAT, Affiant was damaged by these violations when J Pay advertised the ability to sample music before buying the music. Affiant purchased music between October 2020 and June 13, 2021, blindly, without knowing if the purchase made was actually the purchase that was wanted, and received unsatisfactory results by purchasing the wrong song thus, becoming a victim of title 15 USC §54 section 52(a) Dissemination of False Advertisement.

8. THAT, Affiant wrote 3 trouble tickets concerning this matter on the dates of 12/10/2021, 4/25/2021, and 5/12/2021 and was ignored by J Pay LLC. Affiant was told to reboot tablet.

9. THAT, Respondent committed the violation of title 15 USC §54 section 52(a) Dissemination of False Advertisement a total of 173 times between October 2020 and June 13, 2021.

10. THAT, the Respondent is Noticed that Respondent is in Default, failed to contest Affidavit of Notice and Demand and Opportunity to Cure and Contest and is in agreement to the undersigned.

11. THAT, the Respondent agrees that Affiant can secure damages via Criminal Complaint, Civil Suit and/or Commercial Lien upon property of J Pay LLC., on whose behalf you have been acting, whole or in part. Further Affiant saith not

Dated this __22nd__ day of _August_ 2021

_Anthony Charles Patterson_
Anthony Charles Patterson

# JURAT

florida state  )
      ) SS: **ACKNOWLEDGEMENT**
      )
baker county

Anthony Charles Patterson, came before me this ᒿᒿ*ⁿᵈ* day, of the month *August*, in the year 2021 to affirm the statements in the above **Certificate of Non-Response, and to attach his autograph to this instrument.**

Notary Public,
CHARLOTTE S. ABNER

*Charlotte S Abner*

Norary Public for the State of Florida



Charlotte S. Abner
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG235660
Expires 7/24/2022

By, *Anthony Charles Patterson*
Anthony Charles Patterson



# Notice of Fault and Opportunity to Cure And Contest

Anthony Charles Patterson  V 3 0 1 2 0
RFD/in care of: 20706 US Hwy 90 W.
Sanderson territory, Florida Republic
[32087]


J Pay LLC
Attn: Errol Feldman (CEO)
10981 Marks Way
Miramar, FL [33025]


## PRIVATE INDEPENDENT ADMINISTRATIVE PROCESS ARTICLE I REDRESS OF GRIEVANCE UNDER NINTH AMENDMENT RESERVATIONS FOR RESOLUTION AND EQUITABLE SETTLEMENT UNDER NECESSITY

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT


To whom this may concern,

I, Anthony Charles Patterson, hereinafter referred to as Affiant, hereby certify and declare under penalty of perjury upon the unlimited commercial liability, on and for the public record, that the

following facts are true and correct to the best of the Affiants personal knowledge, understanding and belief.

On June 25, 2021 the undersigned caused to be sent to you an Affidavit of Notice and Demand. You failed to perform after receiving this presentment from Anthony Charles Patterson, and you failed to perform by providing the requested and necessary rebuttals after receiving the said Affidavit from the undersigned.

As the Respondent, you are now in fault and you are in agreement and have stipulated to the terms of the undersigned's dated presentment through your dishonor. You have the right to cure this fault and perform according to said terms within the ten (10) days from the postmark of this Notice.

Should you fail to cure your fault, I will establish an affidavit of Default, and obtain an AFFIDAVIT OF CERTIFICATE OF NON-RESPNSE pursuant to and relative to UCC, State Statue and otherwise.

Thank you for your prompt attention to this matter.

Sincerely,

Without Prejudice

By, _Anthony Charles Patterson_
         Anthony Charles Patterson

# JURAT

florida state      )
              ) SS: **ACKNOWLEDGEMENT**
              )

baker county

Anthony Charles Patterson, came before me this _18th_ day, of the month _July_, in the year 2021 to affirm the statements in the above **Affidavit of Fault and Opportunity to Cure, and to attach his autograph to this instrument.**

Notary Public,

*Charlotte S Abner*

Notary Public for the State of Florida

Charlotte S. Abner
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG235660
Expires 7/24/2022

Case 3:21-cv-01102-BJD-JRK   Document 1   Filed 11/01/21   Page 9 of 24 PageID 9



# Certificate of Non-Response

Certified Mail Number ___70 21 0350  0001  5701  8359___

___Florida___ State)

) Scilicet

County of ___Baker___ )

**Re: Non-Response to Private Independent Administrative Process-Article I Redress of Grievance under Ninth Amendment Reservations for Resolution and Equitable Settlement Under Necessity.**

That I, ___Anthony Patterson___, a living breathing man, being first duly sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief.

I, ___Anthony Patterson___, the undersigned, certify that an Opportunity To Cure and Contest was sent by the undersigned to ___Errol Feldman ( CEO)___ via certified mail with return receipt number ___7021 0350 0001 5698 383___ which was mailed by the undersigned party on ___July 21, 2021___.

I certify that I have reviewed the original documents of the above party and mail receipts, green card for the mailing and the above party's Affidavit of Notice of Default per the above document.

Per the above document as mailed, request was made to the Respondent to send a Response being the requested rebuttals. As the Notice of Fault and Opportunity to Cure was presented, Respondent failed to cure the fault. Affidavit in support of the Default was executed in the matter.

Therein, no such Response was sent and/or received at the undersigned's address for conclusion to the above party's private administrative process.

Said Response was requested within a specific time period (10 days) with an additional 3 days for return mail.

THEREFORE; I, ___Anthony Patterson___ certify that the Respondent ___Errol Feldman___, CEO on behalf of J Pay LLC., refused or failed to Respond to the above party's Affidavit of Notice and Demand, and failed to cure and/or contest Affidavit within the time stipulated and under necessity, the Respondent is in full agreement.

Dated this ___29th___ day of ___August___, 2021

_Anthony Charles Patterson_

Anthony Charles Patterson Affiant

# JURAT

florida state                )
               ) SS:  **ACKNOWLEDGEMENT**
               )
baker county

Anthony Charles Patterson, came before me this _29th_ day, of the month
_August_ , in the year 2021 to affirm the statements in the above **Affidavit of
Notice of Default, and to attach his autograph to this instrument.**

Notary Public,
CHARLOTTE S. ABNER
_Charlotte S Abner_
Notary Public for the State of Florida

Charlotte S. Abner
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG235660
Expires 7/24/2022

By, _Anthony Charles Patterson_
Anthony Charles Patterson



# Letter of Cure for Default

RE: Cure for Default of Private Administrative grievance

I, Anthony Charles Patterson, herein referred to as Affiant, hereby certify and declare under penalty of perjury that the following facts are true and correct to the best of the Affiants knowledge, understanding and belief.

On or about July 9th 2021 Affiant sent an Affidavit of Notice and Demand to Errol Feldman CEO for J Pay LLC. stating the truths at hand. Affiant asked that Respondent provide evidence that what Affiant was stating was in fact not true and that Respondent respond with rebuttals point for point. Respondent was given a specific amount of time to respond, ten (10) days with (3) days for mailing. However Respondent refused to answer Affiant.

On or about July 23rd 2021 Respondent was sent an Affidavit of Opportunity to Cure and Contest with ten (10) days to respond plus (3) days for mailing. However Respondent refused to respond.

On or about August 27th 2021, Respondent was then notified of Default, and was then served Affidavit of Notice of Default and then Certificate of Non-response.

To cure this Default Affiant is Demanding that J Pay LLC. provide the following. See tabulation and fees on following page.



# Tabulation and Fees

1.  Count 1, 15 USC §54 section 52(a) Dissemination of False Advertisement- What's Next by the artist Drake= $5,000.
2.  Count 2, 15 USC §54 section 52(a) Dissemination of False Advertisement- Wants and Needs by the artist Drake= $5,000.
3.  Count 3, 15 USC §54 section 52(a) Dissemination of False Advertisement- Lemon Pepper Freestyle by the artist Drake= $5,000.
4.  Count 4, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Blue Man by the artist Quando Rondo= $5,000.
5.  Count 5, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Red Eye by the artist Quando Rondo = $5,000.
6.  Count 6, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Drop Sum by the artist Quando Rondo = $5,000.
7.  Count 7, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Devil On My Shoulder by the artist Quando Rondo = $5,000.
8.  Count 8, 15 USC §54 section 52(a) Dissemination of False Advertisement- song I Thought by the artist Quando Rondo= $5,000.
9.  Count 9, 15 USC §54 section 52(a) Dissemination of False Advertisement- song by the artist Quando Rondo = $5,000.
10. Count 10, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Purple Baby by the artist Quando Rondo= $5,000.
11. Count 11, 15 USC §54 section 52(a) Dissemination of False Advertisement- song by the artist Quando Rondo = $5,000.
12. Count 12, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Okay by the artist Quando Rondo= $5,000.
13. Count 13, 15 USC §54 section 52(a) Dissemination of False Advertisement- song 21 by the artist Quando Rondo = $5,000.
14. Count 14, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Angel Wings by the artist Quando Rondo= $5,000.
15. Count 15, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Cest Friends by the artist Quando Rondo = $5,000.
16. Count 16, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Still Doing Wrong by the artist Quando Rondo= $5,000.



18. Count 18, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Dnd & Airplanes by the artist Quando Rondo = $5,000.

19. Count 19, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Soul Reaper by the artist Quando Rondo= $5,000.

20. Count 20, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Stand On It by the artist Quando Rondo = $5,000.

21. Count 21, 15 USC §54 section 52(a) Dissemination of False Advertisement- song by the artist Quando Rondo = $5,000.

22. Count 22, 15 USC §54 section 52(a) Dissemination of False Advertisement- song End Of Story by the artist Quando Rondo. = $5,000.

23. Count 23, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Street Life by the artist Quando Rondo= $5,000.

24. Count 24, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Go That Way by the artist Quando Rondo = $5,000.

25. Count 25, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Halo by the artist Lil Poppa= $5,000.

26. Count 26, 15 USC §54 section 52(a) Dissemination of False Advertisement- song A.M. by the artist Lil Poppa= $5,000.

27. Count 27, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Roger by the artist Lil Poppa= $5,000.

28. Count 28, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Can't Say by the artist Lil Poppa= $5,000.

29. Count 29, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Back on Evergreen by the artist Lil Poppa= $5,000.

30. Count 30, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Love & War by the artist Lil Poppa= $5,000.

31. Count 31, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Ms. Barbara Granson bt the artist Lil Poppa = $5,000.

32. Count 32, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Boys To Men by the artist Lil Poppa= $5,000.

33. Count 33, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Mask On by the artist Lil Poppa= $5,000.

34. Count 34, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Chosen One pt. 2 by the artist Lil Poppa= $5,000.

35. Count 35, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Up It by the artist Lil Poppa= $5,000.

36. Count 36, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Doing Better by the artist Lil Poppa= $5,000.

37. Count 37, 15 USC §54 section 52(a) Dissemination of False Advertisement- song It's Alright Again by the artist Lil Poppa= $5,000.



38. Count 38, 15 USC §54 section 52(a) Dissemination of False Advertisement- song My Last by the artist Lil Poppa= $5,000.

39. Count 39, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Blessed, I Guess by the artist Lil Poppa= $5,000.

40. Count 40, 15 USC §54 section 52(a) Dissemination of False Advertisement- song 95. South by the artist J. Cole= $5,000.

41. Count 41, 15 USC §54 section 52(a) Dissemination of False Advertisement- song AMARI by the artist J. Cole= $5,000.

42. Count 42, 15 USC §54 section 52(a) Dissemination of False Advertisement- song MY. LIFE by the artist J. Cole= $5,000.

43. Count 43, 15 USC §54 section 52(a) Dissemination of False Advertisement- song APPLYING. PRESSURE by the artist J. Cole= $5,000.

44. Count 44, 15 USC §54 section 52(a) Dissemination of False Advertisement- song PUNCHIN?. THE CLOCK by the artist J. Cole= $5,000.

45. Count 45, 15 USC §54 section 52(a) Dissemination of False Advertisement- song 100. MIL? by the artist J. Cole= $5,000.

46. Count 46, 15 USC §54 section 52(a) Dissemination of False Advertisement- song PRIDE. IS. THE. DEVIL by the artist J. Cole= $5,000.

47. Count 47, 15 USC §54 section 52(a) Dissemination of False Advertisement- song LET. GO. MY .HAND by the artist J. Cole= $5,000.

48. Count 48, 15 USC §54 section 52(a) Dissemination of False Advertisement- song INTERLUDE by the artist J. Cole= $5,000.

49. Count 49, 15 USC §54 section 52(a) Dissemination of False Advertisement- song THE. CLIMB. BACK by the artist J. Cole=$5,000.

50. Count 50, 15 USC §54 section 52(a) Dissemination of False Advertisement- song CLOSE by the artist J. Cole= $5,000.

51. Count 51, 15 USC §54 section 52(a) Dissemination of False Advertisement- song HUNGER. ON. HILLSIDE by the artist J. Cole= $5,000.

52. Count 52, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Rendevous by the artist Jack Harlow= $5,000.

53. Count 53, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Face of My City by the artist Jack Harlow= $5,000.

54. Count 54, 15 USC §54 section 52(a) Dissemination of False Advertisement- song 21c/Delta by the artist Jack Harlow= $5,000.

55. Count 55, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Funny Seeing You Here by the artist Jack Harlow= $5,000.

56. Count 56, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Way Out by the artist Jack Harlow= $5,000.

57. Count 57, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Already Best Friends by the artist Jack Harlow= $5,000.



58. Count 58, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Keep It Light by the artist Jack Harlow = $5,000.

59. Count 59, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Creme by the artist Jack Harlow = $5,000.

60. Count 60, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Same Guy by the artist Jack Harlow = $5,000.

61. Count 61, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Route 66 by the artist Jack Harlow = $5,000.

62. Count 62, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Tyler Herro by the artist Jack Harlow = $5,000.

63. Count 63, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Luv Is Dro by the artist Jack Harlow= $5,000.

64. Count 64, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Whats Poppin by the artist Jack Harlow=$5,000.

65. Count 65, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Baxter Avenue by the artist Jack Harlow= $5,000.

66. Count 66, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Whats Poppin Remix by the artist Jack Harlow = $5,000.

67. Count 67, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Round The Roses by the artist Kodak Black = $5,000.

68. Count 68, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Z Look Jamaican by the artist Kodak Black = $5,000.

69. Count 69, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Basement On Fire by the artist Kodak Black = $5,000.

70. Count 70, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Dejanbem by the artist Kodak Black = $5,000.

71. Count 71, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Dirty K by the artist Kodak Black = $5,000.

72. Count 72, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Maffioso by the artist Kodak Black = $5,000.

73. Count 73, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Oracle by the artist Kodak Black = $5,000.

74. Count 74, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Don't Leave Me by the artist Kodak Black = $5,000.

75. Count 75, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Gang Gang by the artist Polo G, Lil Wayne = $5,000.

76. Count 76, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Seeing Green by the artist Nicki Minaj, Drake, And Lil Wayne = $5,000.

77. Count 77, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Revenge by the artist Young Nudy = $5,000.



78. Count 78, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Mini Me by the artist Young Nudy= $5,000.

79. Count 79, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Yellow Tape by the artist Young Nudy= $5,000.

80. Count 80, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Roughneck by the artist Young Nudy = $5,000.

81. Count 81, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Perc 30 by the artist Young Nudy= $5,000.

82. Count 82, 15 USC §54 section 52(a) Dissemination of False Advertisement- song The Rustlers by the artist Young Nudy= $5,000.

83. Count 83, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Child's Play by the artist Young Nudy= $5,000.

84. Count 84, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Soul Keeper by the artist Young Nudy= $5,000.

85. Count 85, 15 USC §54 section 52(a) Dissemination of False Advertisement- song 2Face by the artist Young Nudy= $5,000.

86. Count 86, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Scott Evil by the artist Young Nudy= $5,000.

87. Count 87, 15 USC §54 section 52(a) Dissemination of False Advertisement- song DR. EV4l by the artist Young Nudy= $5,000.

88. Count 88, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Colombian Necktie by the artist Young Nudy= $5,000.

89. Count 89, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Walking Dead by the artist Young Nudy= $5,000.

90. Count 90, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Young Weezy by the artist NAV= $5,000.

91. Count 91, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Repercussions by the artist NAV= $5,000.

92. Count 92, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Don't Need Friends by the artist NAV= $5,000.

93. Count 93, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Modest by the artist NAV= $5,000.

94. Count 94, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Breaking News Intro by the artist NAV= $5,000.

95. Count 95, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Friends Family  by the artist NAV= $5,000.

96. Count 96, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Nasty by the artist NAV= $5,000.



97. Count 97, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Vetement Socks by the artist NAV= $5,000.

98. Count 98, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Make It Right by the artist NAV= $5,000.

99. Count 99, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Trains by the artist NAV= $5,000.

100. Count 100, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Do Ya Deed by the artist NAV= $5,000.

101. Count 101, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Droppin Tears by the artist NAV= $5,000.

102. Count 102, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Turn Twist by the artist NAV= $5,000.

103. Count 103, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Breaking News Outro by the artist NAV= $5,000.

104. Count 104, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Pickney by the artist NAV= $5,000.

105. Count 105, 15 USC §54 section 52(a) Dissemination of False Advertisement-song Stella McCartney by the artist NAV= $5,000.

106. Count 106, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Grizzley Talk by the artist Tee Grizzley= $5,000.

107. Count 107, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Not Gone Play by the artist Tee Grizzley= $5,000.

108. Count 108, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Built To Last by the artist Tee Grizzley= $5,000.

109. Count 109, 15 USC §54 section 52(a) Dissemination of False Advertisement- song In My Feelings by the artist Tee Grizzley= $5,000.

110. Count 110, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Careless by the artist Tee Grizzley= $5,000.

111. Count 111, 15 USC §54 section 52(a) Dissemination of False Advertisement- song White Lows Off Designer by the artist Tee Grizzley= $5,000.

112. Count 112, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Mad At Us by the artist Tee Grizzley= $5,000.

113. Count 113, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Life Insurance by the artist Tee Grizzley= $5,000.



114. Count 114, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Evictions by the artist Tee Grizzley= $5,000.

115. Count 115, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Left Wrist Icey by the artist Tee Grizzley= $5,000.

116. Count 116, 15 USC §54 section 52(a) Dissemination of False Advertisement- song High Speed by the artist Tee Grizzley= $5,000.

117. Count 117, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Never Bend Never Fold by the artist Tee Grizzley= $5,000.

118. Count 118, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Less Talking More Action by the artist Tee Grizzley= $5,000.

119. Count 119, 15 USC §54 section 52(a) Dissemination of False Advertisement- song White Dior Tee by the artist Tee Grizzley= $5,000.

120. Count 120, 15 USC §54 section 52(a) Dissemination of False Advertisement- song What We On by the artist Tee Grizzley= $5,000.

121. Count 121, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Quit Trappin by the artist Tee Grizzley= $5,000.

122. Count 122, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Change by the artist Tee Grizzley= $5,000.

123. Count 123, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Late Night Calls by the artist Tee Grizzley= $5,000.

124. Count 124, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Free Baby Grizzley by the artist Tee Grizzley= $5,000.

125. Count 125, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Thugged Out by the artist YNW Melly/ Kodak Black= $5,000.

126. Count 126, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Thankful by the artist DJ Khaled= $5,000.

127. Count 127, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Every Chance I Get by the artist DJ Khaled= $5,000.

128. Count 128, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Big Paper by the artist DJ Khaled= $5,000.



129. Count 129, 15 USC §54 section 52(a) Dissemination of False Advertisement- song We Going Crazy by the artist DJ Khaled= $5,000.

130. Count 130, 15 USC §54 section 52(a) Dissemination of False Advertisement- song I Did It by the artist DJ Khaled= $5,000.

131. Count 131, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Let It Go by the artist DJ Khaled= $5,000.

132. Count 132, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Body In Motion by the artist DJ Khaled= $5,000.

133. Count 133, 15 USC §54 section 52(a) Dissemination of False Advertisement- song PopStar by the artist DJ Khaled= $5,000.

134. Count 134, 15 USC §54 section 52(a) Dissemination of False Advertisement- song This Is My Year by the artist DJ Khaled= $5,000.

135. Count 135, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Sorry Not Sorry by the artist DJ Khaled= $5,000.

136. Count 136, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Just Be by the artist DJ Khaled= $5,000.

137. Count 137, 15 USC §54 section 52(a) Dissemination of False Advertisement- song I Can Have It All by the artist DJ Khaled= $5,000.

138. Count 138, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Greece by the artist DJ Khaled= $5,000.

139. Count 139, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Where You Come From by the artist DJ Khaled= $5,000.

140. Count 140, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Slam The Door by the artist Young Stoner Life= $5,000.

141. Count 141, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Litty by the artist Young Stoner Life= $5,000.

142. Count 142, 15 USC §54 section 52(a) Dissemination of False Advertisement- song No Surprise by the artist Young Stoner Life= $5,000.

143. Count 143, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Mill In Vegas by the artist Young Stoner Life= $5,000.



144. Count 144, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Explosion by the artist Young Stoner Life= $5,000.

145. Count 145, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Yessirski by the artist Young Stoner Life= $5,000.

146. Count 146, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Mack Truck  by the artist Young Stoner Life= $5,000.

147. Count 147, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Mob Ties by the artist Young Stoner Life= $5,000.

148. Count 148, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Slatty by the artist Young Stoner Life= $5,000.

149. Count 149, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Ski by the artist Young Stoner Life= $5,000.

150. Count 150, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Diamonds Dancing by the artist Young Stoner Life= $5,000.

151. Count 151, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Solid by the artist Young Stoner Life= $5,000.

152. Count 152, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Came And Saw by the artist Young Stoner Life= $5,000.

153. Count 153, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Paid The Fine by the artist Young Stoner Life= $5,000.

154. Count 154, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Proud Of You by the artist Young Stoner Life= $5,000.

155. Count 155, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Real by the artist Young Stoner Life= $5,000.

156. Count 156, 15 USC §54 section 52(a) Dissemination of False Advertisement- song I Like by the artist Young Stoner Life= $5,000.

157. Count 157, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Warrior by the artist Young Stoner Life= $5,000.

158. Count 158, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Pots N Pans by the artist Young Stoner Life= $5,000.



159. Count 159, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Work star by the artist Young Stoner Life= $5,000.

160. Count 160, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Superstar by the artist Young Stoner Life= $5,000.

161. Count 161, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Came Out by the artist Young Stoner Life= $5,000.

162. Count 162, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Really Be Slime by the artist Young Stoner Life= $5,000.

163. Count 163, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Take It To Trial by the artist Young Stoner Life= $5,000.

164. Count 164, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Trance by the artist Young Stoner Life= $5,000.

165. Count 165, 15 USC §54 section 52(a) Dissemination of False Advertisement- song GFU by the artist Young Stoner Life= $5,000.

166. Count 166, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Moon Map by the artist Young Stoner Life= $5,000.

167. Count 167, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Como Te Llama by the artist Young Stoner Life= $5,000.

168. Count 168, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Reckless by the artist Young Stoner Life= $5,000.

169. Count 169, 15 USC §54 section 52(a) Dissemination of False Advertisement- song That Go! by the artist Young Stoner Life= $5,000.

170. Count 170, 15 USC §54 section 52(a) Dissemination of False Advertisement- song My City Remix by the artist Young Stoner Life= $5,000.

171. Count 171, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Shiesty Season Intro by the artist Pooh Shiesty= $5,000.

172. Count 172, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Back In Blood by the artist Pooh Shiesty= $5,000.

173. Count 173, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Guard UP by the artist Pooh Shiesty= $5,000.



174. Count 174, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Neighbors by the artist Pooh Shiesty= $5,000.

175. Count 175, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Master P by the artist Pooh Shiesty= $5,000.

176. Count 176, 15 USC §54 section 52(a) Dissemination of False Advertisement- song Twerksum by the artist Pooh Shiesty= $5,000.

# Total=$880,000 USD

